

# Fourth Court of Appeals
## San Antonio, Texas

July 27, 2015

No. 04-14-00796-CV

**LOCKHILL VENTURES, LLC**,
Appellant

v.

**ARD MOR, INC.**, Texas Ardmor Properties, LP, and Texas Ardmore Management, LLC,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-10796
Honorable Richard Price, Judge Presiding

# O R D E R

On July 8, 2015, this court issued its opinion and judgment. On July 22, 2015, Appellees filed an unopposed first motion for extension of time to file a motion for rehearing until August 7, 2015. *See* TEX. R. APP. P. 49.1, 49.8.

Appellees' motion for extension of time is GRANTED. Appellees' motion for rehearing is due to be filed with this court by August 7, 2015.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of July, 2015.

_____
Keith E. Hottle
Clerk of Court